IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COCLORADO

Criminal Case No. 13-mj-01106-MJW

United States of America,

      Plaintiff,

v.

1. NICOLAS CRUŹ-TORRES,
      a/k/a Reynieri CENTENO-Velasquez,

      Defendant.

---

**ORDER DISMISSING THE COMPLAINT** [ Docket No 14 ]

---

    THE COURT has reviewed the Government's Motion to Dismiss the Complaint filed in the

above captioned case as to NICOLAS CRUZ-TORRES, a/k/a Reynieri CENTENO-Velasquez.

    Being sufficiently advised in the premises, the Court finds and concludes that the Motion

to dismiss the Complaint shall be granted. The District of Colorado Complaint as to NICOLAS

CRUZ-TORRES, a/k/a Reynieri CENTENO-Velasquez on file in the above captioned case is

hereby dismissed. Any Outstanding warrants Concerning this Case Are Quashed.

    It is SO ORDERED this 6T day of August, 2013.

                    BY THE COURT:

                    _____

                    MICHAEL J. WATANABE
                    U.S. MAGISTRATE JUDGE
                    DISTRICT OF COLORADO